**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL RAY MILLS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEN CLARKE, ET AL,<br><br>　　　　Defendants. | Case No. 1:20-cv-00498-JLT-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION IN FULL<br><br>(Doc. 29) |

　　　　The Magistrate Judge issued findings and recommendations, recommending that Plaintiff be permitted to proceed on an Eighth Amendment excessive force claim against Defendants J. Navaro, I. Medina, O. Rodriguez, and A. Nunez and two Eighth Amendment deliberate medical indifference claims against Defendant C. Lewis, and that other claims and Defendants be dismissed for failure to state a claim or because they were misjoined. (*See* Doc. 29.) Plaintiff filed objections on May 5, 2023. (Doc. 30).

　　　　According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Plaintiff does not object to the findings allowing his Eighth Amendment excessive force claim against Defendants J. Navaro, I. Medina, O. Rodriguez, and A. Nunez, and his Eighth Amendment deliberate medical indifference claims against C. Lewis to proceed. While Plaintiff states that he "disagree [sic] w/all" of the magistrate

judge's findings and recommendations, the objections do not articulate a cognizable basis for rejecting the findings and recommendations and fail to object to any specific finding. (*See generally* Doc. 30). Thus, the Court **ORDERS**:

1. The Findings and Recommendation, filed on April 24, 2023 (Doc. 29), are **ADOPTED IN FULL**.
2. The matter is returned to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **May 15, 2023**

UNITED STATES DISTRICT JUDGE

2