UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL RAY MILLS,<br><br>        Plaintiff,<br><br>    v.<br><br>J. NAVARO, I. MEDINA, O. RODRIGUEZ, A. NUNEZ, and C. LEWIS,<br><br>        Defendants. | Case No.  1:20-cv-00498-JLT-HBK (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING PRODUCTION OF INMATE DARRYL RAY MILLS, CDCR #AS-7436<br><br>(Doc. No. 41)<br><br>ORDER VACATING SETTLEMENT CONFERENCE<br><br>(Doc. No. 39)<br><br>ORDER DIRECTING DEFENSE COUNSEL TO PROVIDE FORWARDING ADDRESS FOR PLAINTIFF |

Plaintiff is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 23, 2023, the Court issued a Writ of Habeas Corpus Ad Testificandum to produce Plaintiff Darryl Ray Mills CDCR #AS-7436 for a settlement conference on November 30, 2023 at 10:00 a.m. before Magistrate Judge Christopher D. Baker. (Doc. No. 39).  On October 31, 2023, the Writ was returned undeliverable, with a notice that Plaintiff was discharged from CDCR custody.  (*See* docket).

Accordingly, it is **ORDERED**:

1.  The Writ of Habeas Corpus Ad Testificandum directing the production of inmate

     Darryl Ray Mills CDCR #AS-7436 issued on October 23, 2023 (Doc. No. 41) is DISCHARGED.

2. The Settlement Conference scheduled on November 30, 2023 before Judge Christopher D. Baker (Doc. No. 39) is hereby vacated;

3. Counsel for Defendants is directed to provide the Court with any forwarding address for Plaintiff in the possession of CDCR's Division of Adult Parole Operations;

4. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Coordinator at Kern Valley State Prison and on the Litigation Coordinator of any other institution which requires this information.

Dated:   November 15, 2023

*[signature]*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

Copies: Susan Hall, CRD

2