**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL RAY MILLS, | Case No. 1:20-cv-0498 JLT HBK (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| I. MEDINA, O. RODRIGUEZ, A. NUNEZ, and C. LEWIS, | |
| Defendant. | (Doc. 44) |

Darryl Ray Mills initiated this action as a state prisoner, seeking to hold the defendants liable for violations of his civil rights during his incarceration at Corcoran State Prison. (Doc. 21.) After Plaintiff was discharged from the custody of the CDCR, he failed to inform the Court of his new mailing address, and all Court mail was returned as undeliverable. The magistrate judge found Plaintiff failed to comply with Local Rule 183(b), requiring him to keep the Court informed of a proper mailing address. (Doc. 44 at 3.) Therefore, the magistrate judge recommended the "case be dismissed without prejudice pursuant to Local Rule 183(b) for Plaintiff's failure to prosecute this action." (*Id.*)

The Court served the Findings and Recommendations upon Plaintiff at the only address on record. However, the Findings and Recommendations were also returned by the Postal Service, marked "Undeliverable, Discharged from CDCR/Custody" on February 2, 2024. To date, Plaintiff has not filed a Notice of Change of Address.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations, filed on January 17, 2024 (Doc. 44) are **ADOPTED** in full.
2. The action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 9, 2024**

UNITED STATES DISTRICT JUDGE